FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEC 1 3 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NUMBER 16-30141-NJR |
| | ) |
| | ) Title 18 U.S.C. §1349, 18 U.S.C. |
| | ) §1344; 18 U.S.C. §2. 18 U.S.C. |
| | ) §1028A. |
| | ) |
| THOMAS E. KEY, II and | ) |
| SAMMY J. TUBBS, | ) |
| Defendants. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**CONSPIRACY TO COMMIT BANK FRAUD INVOLVING THE USE OF STOLEN MAIL**

1.   From in or about June of 2016 in Washington County, Illinois, and other counties within the Southern District of Illinois,

**THOMAS E. KEY, II and SAMMY J. TUBBS**

defendants herein, did conspire with others known and unknown to the grand jury each other to knowingly execute and attempt to execute a scheme or artifice to defraud and to obtain money under the custody and control of a financial institution as defined under Title 18, United States Code. Section 20, by means of materially false and fraudulent pretenses, representations and promises in violation of Title 18. United States Code, Section 1344.

2.   Beginning on or before June 24, 2016 and continuing through June 30, 2016, in St. Clair County and other counties within the Southern District of Illinois, employees of businesses deposited letters, packages, and mail matter into a letter box and mail receptacle and in an

1

authorized depository for mail matter. Within these letters, packages, and mail matter, B.L.B., I.F.S, and R.B., LLC, placed business checks for payment of goods and services and signed for by an authorized employee or owner. Thereafter, persons unknown to the grand jury stole mail from letter boxes, mail receptacles, and authorized depositories for mail.

## MANNER AND MEANS OF CONSPIRACY

3.  **THOMAS E. KEY, II and SAMMY J. TUBBS**, conspired with and were aided and abetted by others known and unknown to the grand jury to receive checks that were altered. It was part of the conspiracy that **THOMAS E. KEY, II and SAMMY J. TUBBS** were driven to various banks in the Southern District of Illinois and were told to cash checks where the checks had been altered to make one of them the payee and had been altered as to the amount. It was part of the conspiracy that **THOMAS E. KEY, II and SAMMY J. TUBBS** were to take the proceeds of the cashed checks and give the proceeds to a coconspirator in exchange for compensation.

4.  On or about the 24th or 25th of June 2016, persons unknown to the grand jury, drove **THOMAS E. KEY, II and SAMMY J. TUBBS** to Centralia, Illinois where a large pile of altered checks concealed in a cereal box was retrieved.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2

### BANK FRAUD

1. On or about June 25, 2016, in Washington County and other locations within the Southern District of Illinois,

**SAMMY J. TUBBS,**

defendant herein, aided and abetted by others known and unknown to the grand jury executed a scheme to obtain money and funds in the custody and control of Community Trust Bank, a financial institution, as defined under Title 18, United States Code. Section 20, by using means of false and fraudulent pretenses.

2. On June 25, 2016, **SAMMY J. TUBBS**, entered the Community Trust Bank in Irvington, Illinois. There, **SAMMY J. TUBBS** presented check number 29000 drawn from R.B.LLC's account and signed by J.B. for $4,052.17. The check presented to Community Trust Bank showed **SAMMY J. TUBBS** as the payee of the check.

3. **SAMMY J. TUBBS,** and others known and unknown to the grand jury, altered check 29000. The original check 29000 drawn from R.B.LLC's account and signed by J.B. was not written to show **SAMMY J. TUBBS** as payee and was written in the amount of $59.61.

4. **SAMMY J. TUBBS** knowingly presented the altered check with the intent to obtain money and funds in the custody and control of Community Trust Bank by using false and fraudulent pretenses.

All in violation of Title 18 U.S.C. §1344.

## COUNT 3

### BANK FRAUD

10. On or about June 27, 2016, in Washington County and other locations within the Southern District of Illinois,

**THOMAS E. KEY, II**

defendant herein, and others known and unknown to the grand jury executed a scheme to obtain money and funds in the custody and control of Regions Bank, a financial institution, as defined under Title 18, United States Code. Section 20, by using means of false and fraudulent pretenses.

11. On June 27, 2016, **THOMAS E. KEY, II**, entered Regions Bank in Nashville, Illinois. There, **THOMAS E. KEY, II** presented a fraudulent altered check, number 20210, to be drawn from B.L.B.'s trust account and signed by B.L.B. for $1,464.26. The check presented to Regions Bank showed **THOMAS E. KEY, II** as the payee of the check.

12. **THOMAS E. KEY, II** was aided and abetted by others known and unknown to the grand jury, who altered check 20210. The original check 20210 drawn from B.L.B.'s trust account and signed by B.L.B. was not written to show **THOMAS E. KEY, II** as payee.

13. **THOMAS E. KEY, II** knowingly presented the altered check with the intent to obtain money and funds in the custody and control of Regions Bank by using false and fraudulent pretenses.

## COUNT 4

### AGGRAVATED IDENTITY THEFT

14. On or about June 25, 2016, in Washington County within the Southern District of Illinois,

**SAMMY J. TUBBS**,

defendant herein, entered Community Trust Bank in Irvington, Illinois and presented fraudulent altered check number 29000 drawn from R.B. LLC's account with J.B.'s signature.

**SAMMY J. TUBBS** possessed, knowingly transferred, used, and presented this check, purportedly entitling **SAMMY J. TUBBS** to $4,052.17, for payment and without lawful authority and used a means of identification of another person the name and signature of J.B. without lawful authority during and in relation to a felony, bank fraud, knowing that the means of identification, a signature, belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5

### AGGRAVATED IDENTITY THEFT

15. On or about June 27, 2016, in Washington County within the Southern District of Illinois,

**THOMAS E. KEY, II**,

defendant herein, entered Regions Bank in Nashville, Illinois and presented fraudulent altered check number 20210 drawn from B.L.B.'s trust account with B.L.B.'s signature. **THOMAS E. KEY, II** knowingly possessed, transferred, used, and presented this check, purportedly entitling **THOMAS E. KEY, II** to $1,464.26, for payment and without lawful authority and used a means

of identification of another person, the name and signature of B.L.B. without lawful authority during and in relation to a felony, bank fraud, knowing that the means of identification, a signature, belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

JENNIFER HUDSON
Assistant United States Attorney

DONALD BOYCE
United States Attorney

Recommended Bond:

Thomas Key, $5000 bond
Sammy Tubbs, $10,000 bond with electronic monitoring